**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 18, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00681-CR

## IN RE LARRY FLORES, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 756276**

## MEMORANDUM OPINION

On August 10, 2015, relator Larry Flores filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Chris Daniel, Harris County District Clerk, to file relator's motion for clarification and bring the motion to the attention of the convicting court.

This court's mandamus jurisdiction is governed by Section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. The district clerk is not a district court or county court judge in this court's district, and relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this court's appellate jurisdiction. Therefore, we do not have jurisdiction to issue a writ of mandamus against the district clerk.

Accordingly, we dismiss relator's petition for lack of jurisdiction.


PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).